UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAIAH J. HALL,<br><br>                              Plaintiff,<br><br>              -against-<br><br>CORENZO, CEO OFFICER ON RIKERS<br>ISLAND, et al,<br><br>                              Defendants. | 22-CV-7436 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated September 14, 2022, the Court directed Plaintiff, within 30 days, to pay the $402.00 in filing fees that are required to file a civil action in this court or submit a completed request to proceed *in forma pauperis* (IFP). That order specified that failure to comply would result in dismissal of the complaint.

On October 17, 2022, the order was returned to the court with a notation on the envelope indicating that Plaintiff is no longer held at that facility. Plaintiff has not complied with the Court's order and has failed to notify the Court of a change of mailing address. Accordingly, Plaintiff's complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   November 7, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge